UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE
COMPLAINT OF ROBERT ANGLIN,
as the owner of a 2005 Chaparral 230 SSi,          Case No. 8:25-cv-1132-TPB-CPT
HIN FGBS2785I405, for exoneration or
limitation of liability,

          Petitioner.
_____/

**ORDER APPROVING SECURITY, DIRECTING ISSUANCE OF
MONITION, AND RESTRAINING PROSECUTION OF CLAIMS**

Before the Court is Petitioner Robert Anglin's *Motion to Approve Security and for Publication and Stay*. (Doc. 5). For the reasons discussed below, the Petitioner's motion is granted as described herein.

Petitioner Robert Anglin is the owner of a 2005 Chaparral 230 SSi runabout vessel (the Vessel) that was involved in a maritime incident on or about September 26, 2024, while in the waterways of Boca Ciega Bay in Redington Beach, Florida (the Incident). (Doc. 1). The Incident allegedly occurred when the Vessel was carried away from her berth during Hurricane Helene and was deposited ashore on a neighboring property half a mile away. *Id.*

In May 2025, the Petitioner filed a complaint seeking to minimize, if not eliminate altogether, his exposure to any liability arising from the Incident pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501, *et seq.* (the Act) and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure (Supplemental Rule F). *Id.* In his complaint and accompanying *Ad Interim* Stipulation of Value, the Petitioner represents that the Vessel had no value[1] at the conclusion of the Incident. (Docs. 1, 3). The Petitioner further submits a Stipulation for Costs in the amount of $250. (Doc. 4).

Based upon these representations, the Petitioner now requests that the Court (1) approve the *Ad Interim* Stipulation of Value and Stipulation for Costs; (2) direct the Clerk to issue a monition to all potential claimants; and (3) impose an injunction under Supplemental Rule F precluding the further prosecution of any proceedings against the Petitioner arising from any claims subject to limitation. (Doc. 5).

Upon due consideration of the matter, the Court finds that the Petitioner's motion (Doc. 5) is sufficiently supported. Accordingly, it is hereby ORDERED:

1.    The Petitioner's motion (Doc. 5) is granted.

2.    The *Ad Interim* Stipulation for Value of the Vessel in the amount of zero dollars is accepted and is approved as to form and quantum.

3.    The Stipulation for Costs of $250 is also accepted.

---

[1] The Petitioner included with his complaint an affidavit executed by a certified marine surveyor, who deemed the Vessel to be worthless after reviewing hundreds of photographs of the Vessel taken after the Incident. (Doc. 1-2).

4.      The Petitioner and any claimant who may properly become a party may contest the amount or value of the Petitioner's interest in the Vessel as fixed in the *Ad Interim* Stipulation; may move the Court for due appraisal of said interest; and may apply to have the amount of said interest increased or decreased, as the case may be, upon the Court's determination of the amount or value of said interest or to carry out the provisions of 46 U.S.C. § 30501, *et seq.* for personal injuries, property damage, or any other claims resulting from the Incident.

5.      If the amount of the *Ad Interim* Stipulation is not disputed by any claimant, the *Ad Interim* Stipulation shall stand as a stipulation for value and an appraisal shall not be required.

6.      The Clerk of Court shall issue the attached Monition advising and admonishing all persons or entities asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly resulting from the Incident, to file their respective claims with the Clerk of Court, United States District Court for the Middle District of Florida, located at 801 North Florida Avenue, Tampa, Florida 33602 **on or before June 30, 2025**, and to serve or mail copies thereof to the Petitioner's attorney, Eric C. Thiel, at Banker Lopez Gassler P.A., 501 E. Kennedy Boulevard, Suite 1700, Tampa, FL 33602, or be defaulted.  If any claimant desires to contest the Petitioner's right to exoneration from or limitation of liability, such claimant shall file and serve on the Petitioner's counsel an answer to the complaint on or before said date, unless his/her claim has included an answer to the complaint so designated, or be defaulted.

7.     The Notice of Monition in the form required by Supplemental Rule F and by the Admiralty and Maritime Practices Manual shall be published in a newspaper of general circulation in the appropriate count(ies) once a week for four (4) consecutive weeks prior to the date fixed for the filing of claims in accordance with Supplemental Rule F and the Admiralty and Maritime Practice Manual.

8.     No later than the date of the second weekly publication, the Petitioner shall mail a copy of said notice to every person or entity known by the Petitioner to have a claim against him arising out of the Incident set forth in the complaint.  In addition, the Petitioner shall mail said notice to any decedent at the decedent's last known address and also to any person who shall be known to have made any claim on account of such death.

9.     The commencement or further prosecution of any action or proceeding against the Petitioner, the Vessel, or other property of the Petitioner with respect to any claims for which the Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of, incident to, or connected with any loss, damage, injury, death, or destruction, more fully described in the complaint, is hereby restrained, stayed, and enjoined until the hearing and determination of this action.

10.     Service of this Order as a restraining order in this District may be made in the usual manner as in any other federal district by the United States Marshal's delivery of a certified copy of this Order on the person(s) to be restrained or to their respective attorney(s), or, alternatively, by mailing a conformed copy of the Order to the person(s) to be restrained or to their respective counsel.

SO ORDERED in Tampa, Florida, this 16th day of May 2025.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record