UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE
COMPLAINT OF ROBERT ANGLIN,
as the owner of a 2005 Chaparral           Case No. 8:25-cv-1132-TPB-CPT
230 SSi HIN FGBS2785I405, for
exoneration or limitation of liability,

       Petitioner.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on October 17, 2025. (Doc. 44). Judge Tuite recommends that the "Limitation Plaintiff's Unopposed Motion for Default Judgment" (Doc. 41) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677

F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's well-reasoned report and recommendation, the Court adopts the report and recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 44) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Limitation Plaintiff's Unopposed Motion for Default Judgment" (Doc. 41) is **GRANTED**, as set forth in the report and recommendation.

(3) The Clerk of Court is directed to enter a final judgment for exoneration by default in Anglin's favor and against all persons and/or entities that have failed to file claims in this action.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of December, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE